IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MELISSA MEYER,                                             No. C 12-03504 RS

        Plaintiff,                                  **CASE MANAGEMENT**
  v.                                                         **SCHEDULING ORDER**

RJM ACQUISITIONS LLC,

        Defendant.
_____/

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on October 4, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

      1.    ALTERNATIVE DISPUTE RESOLUTION.

      EARLY NEUTRAL EVALUATION. The parties are referred to the ADR Department for early neutral evaluation to be completed, if possible, within the next 120 days.

      2.    DISCOVERY.

      On or before June 10, 2013 all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3. EXPERT WITNESSES. The disclosure and discovery of expert witnesses and opinions shall proceed as follows:

A. On or before August 13, 2013, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

B. On or before September 3, 2013, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

C. On or before September 24, 2013, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **June 13, 2013 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

5. PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be heard no later than October 24, 2013.

6. PRETRIAL CONFERENCE. The final pretrial conference will be held on **November 21, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

7. TRIAL DATE. Trial shall commence on **December 9, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: 10/4/12

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2