UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

MELISSA MEYER,

        Plaintiff,

   v.

RJM ACQUISITIONS LLC,

        Defendant.

No. C 12-3504 RS ENE

**ORDER RE: ATTENDANCE AT EARLY NEUTRAL EVALUATION**

Date: February 20, 2013
Evaluator: Sandra Shapiro

    IT IS HEREBY ORDERED that the request to excuse plaintiff Melissa Meyer and the party representative for defendant RJM Acquisitions LLC from appearing in person at the February 20, 2013, Early Neutral Evaluation before Sandra Shapiro is GRANTED. Both parties shall be available at all times to participate telephonically in the Early Neutral Evaluation, in accordance with ADR L.R. 5-10(f).

    IT IS SO ORDERED.

February 11, 2013      By: _____

Dated                          Maria-Elena James
                                 United States Chief Magistrate Judge