UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C VOUDOURIS,<br><br>    Plaintiff,<br><br>v.<br><br>TOMY INCORPORATED, et al.,<br><br>    Defendants. | Case No. 11-cv-05726-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: Dkt. No. 33 |

The parties stated on the record on March 21, 2013, that they have settled this action. *See* Dkt. No. 33. Accordingly, all deadlines and hearings in this case are VACATED. By May 6, 2013, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: March 22, 2013

_____
Jon S. Tigar
United States District Judge