# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELISSA MEYER,** | ) Case No. 3:12-CV-03504-JST |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| **RJM ACQUISITIONS, LLC** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this  2nd  day of April, 2013.

_____
The Honorable Jon S. Tigar
United States District Judge

Order to Dismiss - 1